**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **JASON E. HOLMES** | **PLAINTIFF** |
| v. | 4:10CV001157-BRW |
| **CHESAPEAKE ENERGY CORP.,** *et al.* | **DEFENDANTS** |

**ORDER**

Pending is Plaintiff's Motion for Voluntary Non-Suit (Doc. No. 17). The Motion is GRANTED, and the following Defendants are DISMISSED WITHOUT PREJUDICE: Chesapeake Energy Corporation; Chesapeake Exploration, LLC; Chesapeake Midstream Gas Services, LLC; Chesapeake Midstream Operating, LLC; Great Plains Oilfield Rental, LLC; and Midcon Compression, LLC.

IT IS SO ORDERED this 23rd day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE