IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JASON E. HOLMES | PLAINTIFF |
| VS. | 4:10-CV-001157-BRW |
| CHESAPEAKE OPERATING, INC.; NOMAC DRILLING, LLC | DEFENDANTS/ THIRD-PARTY PLAINTIFFS |
| VS. | |
| LAYDOWN SERVICES OF LASALLE, LLC | THIRD-PARTY DEFENDANT |

**ORDER**

Pursuant to a telephone conference held on May 31, 2011, at 1:30 p.m. regarding Plaintiff's Interrogatories and Requests for Production of Documents to Defendants and Defendants' Answers and Objections thereto, the following is hereby ordered:

1. Defendants shall answer Plaintiff's Interrogatory No. 8, including all sub-parts. Defendants may limit the scope of their answer to all claims or injuries involving drill pipe or stem, casing, pipe rack and/or pipe stops on any job or worksite within Arkansas in the five year period preceding Plaintiff's injury.

2. Defendants shall answer Plaintiff's Interrogatory No. 11 directly as it pertains to either of the named Defendants herein.

3. Defendants shall answer Plaintiff's Interrogatory No. 13, including all sub-parts.

4. Defendants are excused from further response to Plaintiff's Interrogatory No. 15.

5. Defendants shall produce all non-privileged materials sought in Plaintiff's Request for Production No. 8 no later than Monday, June 6, 2011.

**IT IS SO ORDERED** this 2nd day of June, 2011.


                                                    /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE