IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON E. HOLMES                                                            PLAINTIFF

vs.                      4:10CV01157-BRW

CHESAPEAKE ENERGY CORPORATION, et al                  DEFENDANTS

## ORDER

The pending discovery issues discussed in the Court's telephone conference on Tuesday, September 6, 2011, are referred to Magistrate Judge Joe Volpe for resolution.

IT IS SO ORDERED this 7th day of September, 2011.

                                                      /s/Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE

ordrefermotion.